UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61509-CIV-SMITH

GARFIELD SPENCE,

    Plaintiff,

v.

MBABJB INVESTMENTS, LLC,

    Defendant.
_____/

### ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Dismissal with Prejudice [DE 11]. Upon consideration, it is

**ORDERED** that:

1. Plaintiff's claims against Defendant are **DISMISSED with prejudice**.
2. Each party shall bear their own attorneys' fees and costs.
3. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 18th day of September, 2024.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record